# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01868-WJM-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

DOUG RAMSEY,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF DOUG RAMSEY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendant, Doug Ramsey from this action with prejudice. Doug Ramsey was assigned the IP Address 71.33.190.53. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Doug Ramsey has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 31, 2012

                                              Respectfully submitted,

                                              By: /s/ *Jason A. Kotzker*
                                              Jason A. Kotzker
                                              Jason@klgip.com
                                              KOTZKER LAW GROUP
                                              9609 S. University Blvd. #632134
                                              Highlands Ranch, CO  80163

                                                    Phone:  303-875-5386
                                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:  /s/ *Jason A. Kotzker*
                                              Jason A. Kotzker